**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JENNIFER LYNN TIPTON,

Plaintiff,

v.

HUMBOLDT CTY., NEVADA, *et al.*,

Defendants.

Case No. 3:25-CV-00753-MMD-CLB

**ORDER**

[ECF No. 37]

On July 1, 2026, Plaintiff Jennifer Lynn Tipton ("Tipton") filed a motion for leave to file a First Amended Complaint ("FAC") along with her proposed FAC. (ECF Nos. 37, 37-1.) No opposition was filed. Per the Court's Local Rules, [t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. LR 7-2(d).

Accordingly, Tipton's motion for leave to file an FAC, (ECF No. 37), is **GRANTED** as unopposed.

**IT IS FURTHER ORDERED** that Tipton shall **FILE** her proposed FAC, (ECF No. 37-1), on the docket and **SERVE** the FAC on each named Defendant.

**IT IS SO ORDERED**.

**DATED**: July 20, 2026.

**UNITED STATES MAGISTRATE JUDGE**