**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| JENNIFER LYNN TIPTON,<br>Plaintiff,<br>v.<br>HUMBOLDT CTY, NV, *et al.*,<br>Defendants. | Case No. 3:25-CV-00753-ART-CLB<br>**ORDER RE FIRST AMENDED COMPLAINT** |

On July 20, 2026, the Court granted Plaintiff Jennifer Lynn Tipton's ("Tipton") motion for leave to file a First Amended Complaint ("FAC"). (ECF No. 39.) The Court Tipton to file her proposed FAC, (ECF No. 37-1), on the docket and serve the FAC on each named Defendant. (*Id.*) To date, Tipton has not complied with the Court's order. Based on Tipton's *pro se* status, the Court will now issue the following regarding filing and serving the FAC.

**IT IS THEREFORE ORDERED** the Clerk shall **FILE** the FAC (ECF No. 37-1).

**IT IS FURTHER ORDERED** that Tipton must **SERVE** the FAC upon Kevin Pasquale, the only Defendant who has not otherwise appeared in this case and file a notice on the docket showing proof of service for Kevin Pasquale, on or before **Monday, September 21, 2026**.

**IT IS FURTHER ORDERED** that if Tipton requires additional time to meet this service deadline, she must file a motion for extension of time under Local Rule 1A 6-1 *before* the expiration of the deadline, and the motion must be supported by a showing of good cause. A motion filed after a deadline set by the court or applicable rules will be denied absent a showing of excusable neglect.

///

///

///

**IT IS FURTHER ORDERED** that if Tipton fails to timely comply with the above service deadline, the Court will issue a recommendation that Kevin Pasquale be dismissed for failure to provide proof of service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

**DATED**: August 21, 2026.

**UNITED STATES MAGISTRATE JUDGE**